1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

J & J SPORTS PRODUCTIONS, INC.,        )
                                       )        2:11-cv-01148-GEB-DAD
10                     Plaintiff,       )
                                       )        ORDER CONTINUING STATUS
11            v.                        )        (PRETRIAL SCHEDULING)
                                       )        CONFERENCE
12  RUDY ALDAMA, Individually and       )
    d/b/a TAQUERIA EL FESTIVAL; AVL     )
13  FOODS, INC., an unknown business    )
    entity d/b/a TAQUERIA EL            )
14  FESTIVAL,                           )
                                       )
15                     Defendants.      )
    _____ )
16

17          Plaintiff states in its Status Report filed September 16,

18  2011: "Defendants Rudy Aldama and AVL Foods, Inc. ha[ve] been duly

19  served initiating suit papers, and have not yet answered the Plaintiff's

20  Complaint." (ECF No. 12, 2:11-12.)  Therefore, Plaintiff shall take the

21  steps necessary to prosecute this action as a default matter. Plaintiff

22  shall either file whatever documents are required to prosecute this case

23  as a default matter or Show Cause in a writing filed why this action

24  should not be dismissed for failure of prosecution no later than 4:00

25  p.m. on October 31, 2011.

26          Further, the status conference scheduled for hearing on

27  October 3, 2011, is continued to commence at 9:00 a.m. on December 12,

28  2011. A status report shall be filed fourteen (14) days prior to the

1

1  status conference in which Plaintiff is required to explain the status

2  of the default proceedings.

3          IT IS SO ORDERED.

4  Dated:  September 27, 2011

5

6                                    _____
                                     GARLAND E. BURRELL, JR.

7                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28