IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC., )
                             )   2:11-cv-01148-GEB-DAD
           Plaintiff,      )
                             )
       v.                )   <u>ORDER OF DISMISSAL</u>
                             )
RUDY ALDAMA, Individually and  )
d/b/a TAQUERIA EL FESTIVAL; AVL  )
FOODS, INC., an unknown business  )
entity d/b/a TAQUERIA EL       )
FESTIVAL,                    )
                             )
           Defendants.    )
_____ )

       Plaintiff was required to respond to an Order filed September 27, 2011, by "either filing whatever documents [were] required to prosecute this case as a default matter or Show Cause in a writing filed why this action should not be dismissed for failure of prosecution no later than 4:00 p.m. on October 31, 2011." (ECF No. 13.) The September 27, 2011 Order also continued the status conference to December 12, 2011, and required a status report to "be filed fourteen (14) days prior to the status conference[,] in which Plaintiff [was] required to explain the status of the default proceedings." <u>Id.</u>

1

Plaintiff failed to respond to the September 27, 2011 Order. Since Plaintiff has failed to file any of the required documents and has not taken any action in this case since the September 27, 2011 Order, this action is dismissed without prejudice for failure of prosecution.

IT IS SO ORDERED.

Dated:  December 6, 2011

GARLAND E. BURRELL, JR.
United States District Judge